In the Matter of the Claim of JACOB GOLDMAN, Respondent, against ANSONIA FLOOR COVERING CO., INC., Respondent, and (AMERICAN) LUMBERMEN'S MUTUAL CASUALTY COMPANY OF ILLINOIS, Appellant. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by the insurance carrier of the employer from an award and decision of the State Industrial Board, noticed on the 27th day of April, 1938. On Nov. 10, 1937, Jacob Goldman, the claimant herein, sustained accidental injuries for which the award was made. The sole question presented to this court for review is whether the claimant was excluded from coverage of the insurance policy herein by virtue of the fact that he signed an election not. to be included. The evidence shows that the claimant did sign such a paper and that he stated that he was vice-president of the employer-corporation, but that he did so without knowing its contents and did it at the request of his superior. The only reason for requesting the claimant to sign the exclusion certificate was to eliminate the necessity for the claimant to join the union. The insurance broker was present at the employer's office at the time the election was signed and understood the reason for the signing. The claimant never owned any stock, was never its vice-president; he was employed as a salesman. Sec. 32, Workmen's Compensation Law provides: " No agreement by an employee to waive his right to compensation under this chapter shall be valid." The evidence in the record supports the finding of the State Industrial Board that the claimant herein was an employee of the Ansonia Floor Covering Co., Inc., and not an executive officer thereof. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

## (September 28, 1938.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS FIATO, Appellant. — Motion to dismiss appeal denied. Defendant's time to perfect appeal extended. Case to be argued at the Order and General Calendar Term of this court commencing in January, 1939. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. CHARLES KIVEL, Defendant.— Motion for leave to appeal on typewritten record held, awaiting the decision of the County Court as to correction of the record on appeal. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOEBEL, Appellant.— Motion for extension of time to perfect appeal on typewritten record granted. Time is extended to the Order and General Calendar Term of this court commencing in January, 1939. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD C. MURRAY, Alias HENRY E. MANNING, Appellant.— Application to dispense with printing of record and brief and for order requiring Broome County Court to furnish defendant with minutes of trial, making it a county charge, held pending the filing with this court, by the defendant, of a brief, with suitable references to the stenographer's minutes, showing a meritorious cause. This court directs the clerk of Broome county to transmit to the clerk of this court a complete stenographic record in the above-entitled case. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.